No. 4890.—PUEBLO, apldo., *v.* COLÓN, aplte.—C. D. Humacao. Enero 26, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, el único error que señala el apelante en su alegato

es el cometido a su juicio por la corte al apreciar la prueba concluyendo que era suficiente para demostrar que el acusado tenía a la venta leche de vaca adulterada y no forma parte de los autos la transcripción de la evidencia; y

Por cuanto, examinado el legajo de la sentencia no se advierte que se haya cometido error fundamental alguno;

Por tanto, se declara sin lugar el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Humacao el 13 de junio de 1932.